**SO ORDERED.**

**SIGNED this 01 day of May, 2009.**



_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: LACY HARRIS                                      CASE NO. 06-01737

CONSENT ORDER

      The Trustee in this case filed a Motion To Dismiss based on the Debtor's delinquency in Chapter 13 Plan payments. Upon the consent of the Debtor, and the Trustee, and upon due consideration of the Court,

      IT IS HEREBY ORDERED that said motion be denied.

      HOWEVER, IT IS ALSO ORDERED that the following conditions shall apply.

      1.    The Debtor shall cure the $2,584.00 delinquency by making an additional payment of $135.00 per month for six (6) months beginning April 1, 2009. The total Chapter 13 payments will be $1,024.00 each month for this six month period.

      2.    The Debtor shall resume his regular plan payments of $889.00 per month, starting with the payment due October 1, 2009.

      3.    In the event the Debtor fails to make any payment due in paragraphs 1 and 2 above within 30 days of the date due, this case shall be deemed immediately dismissed, upon notification by the Trustee to the Court, without further notice or hearing.

      4. Debtor will be allowed to use one payment waiver.

      4. The Chapter 13 Plan will be modified to provide for $250.00 to Attorney Peterkin for additional legal services.

CONSENTED AND ACCEPTED:

s/Timothy J. Peterkin
Timothy J. Peterkin, Attorney for Debtor

_____
John F. Logan, Standing Chapter 13 Trustee

End of Document