**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| **LACY HARRIS** | ) | **CASE NO. 06-01737-5-ATS** |
| **DEBTOR** | ) | **CHAPTER 13** |
| | ) | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY**
**DUE TO FAILURE TO CURE DEFAULT**

1. On April 1, 2009, a Consent Order Allowing Conditional Relief From the Automatic Stay was entered with the Court. The Debtor failed to comply with the terms of the Consent Order, pursuant to Paragraph "C".

2. In accordance with Paragraph "C" of the Consent Order, the automatic stay is terminated with respect to Chase Home Finance, LLC.

3. The bankruptcy Trustee shall cease disbursements to this Creditor upon receipt of this notice.

This, the 17th day of August, 2009

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Creditor
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: ) | |
| LACY HARRIS ) | CASE NO. 06-01737-5-ATS |
|     DEBTOR ) | CHAPTER 13 |
| ) | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and that the NOTICE OF TERMINATION OF AUTOMATIC STAY in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to such person(s), parties, and/or counsel at the addresses shown below:

Lacy Harris
5412 Baywood Forest Drive
Knightdale, NC 27545

Timothy J. Peterkin
Electronic Delivery Only

John F. Logan
Electronic Delivery Only

This 17th day of August, 2009

                                                        /s/ Sean M. Corcoran
                                                        Sean M. Corcoran
                                                        Attorney for Creditor
                                                        Brock & Scott, PLLC
                                                        5121 Parkway Plaza Drive, Suite 300
                                                        Charlotte, NC 28217
                                                        (704) 369-0676
                                                        State Bar Number 33387