VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Lacy Harris
5412 Baywood Forest Drive
Knightdale, NC 27545

CASE NO.: 06–01737–5–ATS

DATE FILED: October 29, 2006

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Lacy Harris has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Lacy Harris file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Lacy Harris and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court, and

IT IS FURTHER ORDERED that the trustee is relieved and discharged from any further responsibility in this case.

DATED: August 21, 2009

A. Thomas Small
United States Bankruptcy Judge